IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRANDY FASON                                                                                               PLAINTIFF

vs.                                              Civil No. 6:15-cv-06096

CAROLYN W. COLVIN                                                                                    DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

      Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

      **ENTERED this 27th day of May 2016.**

                                                                           /s/  Barry A. Bryant
                                                                          HON. BARRY A. BRYANT
                                                                          U. S. MAGISTRATE JUDGE